Charles F. Castleman, Trading as Charles F. Castleman Timber Company, Appellant, v. W. C. Wright, Trading as Wright Construction Company, Appellee.

Gen. No. 9,577.

opinion filed March 8, 1948; released for publication April 5, 1948. Rolla Babcook, for appellant; Hugh J. Dobbs, for appellee; Gillespie, Burke & Gillespie, of counsel. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.

Frances Hoffman, Appellee, v. Fernand G. Jenard, Appellant.

Gen. No. 9,556.

opinion filed March 8, 1948; released for publication April 5, 1948. Clarence W. Heyl, for appellant; Knoblock, McConnell & Kennedy and William C. Nicol, for appellee; Louis F. Knoblock, Thomas B. Kennedy and William C. Nicol, of counsel. Opinion by JUSTICE DADY. Not to be published in full.

## Joseph E. Tigue, Trading as Tigue Motors, Appellee, v. Walter F. Flanigan, Appellant.

### Gen. No. 9,559.

opinion filed March 8, 1948; released for publication April 5, 1948. Carson & Appleman, for appellant; Marshall Evans Miller, of counsel; Henry I. Green and James H. Wheat, for appellee; D. J. McNamara, of counsel. Opinion by JUSTICE DADY. Not to be published in full.

## Everett Piggott, Appellee, v. William H. Newman, Appellant.

### Gen. No. 9,557.